IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs.

DONALD SMITH

Criminal Case No. 24-274

J. Ranjan

## MOTION TO AMEND CONDITIONS OF RELEASE

That, Donald Smith, Defendant, through his counsel, respectfully files the within Motion and in support thereof avers:

1. That Donald Smith, through his company, Smith and Jamison (SJ), wished to bid on items of supply offered by Defense Logistics Agency (DLA).

2. That DLA would offer these items on the DLA internet Bid Board System (DIBBS) which allowed users like SJ to view requests for proposals, invitations for bids and awards.

3. That SJ did view via DIBBS requests for proposals, then made bids, and received awards on the following eight (8) contracts:

|    | Award Date | Contract # | Description | Due Date | Total Value |
|----|------------|------------|-------------|----------|-------------|
| A. | 10/30/24 | SPE7M224D60BN | 200 PG Lubicration Fitting | 1/3/25 | $53,600.00 |
| B. | 12/6/24 | SPE4A625P8485 | 100 A Screw Caps, Socket Hood | 12/31/25 | $8,900.00 |
| C. | 12/6/24 | SPE4A625P5636 | 14 pc Bolt Machine | 1/19/25 | $2,786.00 |
| D. | 12/13/24 | SPE7M125P2199 | 11 ea Hose, Air Duct | 1/27/25 | $24,090.00 |
| E. | 12/13/24 | SPE4A625P8970 | 159 ea Screw, Machine | 2/11/25 | $1,370.58 |
| F. | 12/13/24 | SPE4A625P9305 | 194 ea Nut, Plain, Hex | 2/6/25 | $919.56 |
| G. | 12/17/24 | SPE4A625P9413 | 73 ea Shackle | 2/25/25 | $4,296.05 |
| H. | 1/29/24 | SPE4A624D60EV | 20 ea Floodlight Set Electric | 2/17/25 | $24,960.00 |
|    |            |            |             | **TOTAL:** | $120,922.19 |

4. That prior to fulfilling these awards Donald Smith was indicted in the above-captioned matter on or about 12-18-24 in the United States District Court for the Western District of Pennsylvania.

5. That Donald Smith per his Conditions of Release paragraph 7(t) "is prohibited from engaging in government contracting, either directly or through third parties." (Please see Exhibit 1 attached hereto and incorporated herein).

6. That Donald Smith respectfully requests this Honorable Court to allow Mr. Donald Smith to fulfill these contracts, which were dutifully awarded through DIBBS prior to Donald Smith's indictment.

WHEREFORE, counsel for Mr. Donald Smith respectfully moves this Court to Amend the Conditions of Release.

Respectfully submitted,

By: /s/ Michael J. Machen
Michael J. Machen
Attorney for Defendant