# EXHIBIT 1

| Contract # | Date Received | Description | Total Value |
|---|---|---|---|
| P4354 | 01/03/2023 | Screw Cap | $271.95 |
| P0249 | 01/12/2023 | Wench | $4913.00 |
| P1234 | 01/13/2023 | Hand Wheel | $9145.00 |
| PA105 | 01/18/2023 | Tape | $91.90 |
| P1288 | 01/19/2023 | V-belt | $4254.71 |
| PA207 | 01/19/2023 | Tape | $459.50 |
| PA661 | 01/22/2023 | Tape | $459.50 |
| P0637 | 01/23/2023 | Tape | $229.75 |
| PA968 | 01/24/2023 | Screw | $173.10 |
| PA081 | 01/26/2023 | Screw Cap | $165325.00 |
| P5574 | 01/30/2023 | Screw Cap | $369.25 |
| P3994 | 02/08/2023 | Clamp | $174,00 |
| P0593 | 02/09/2023 | Fan | $1425.00 |
| PC374 | 02/13/2023 | Screw Cap | $144.99 |
| PD058 | 02/13/2023 | Nail | $50.00 |
| P0647 | 02/15/2023 | Paint Brush | $1258.88 |
| PD495 | 02/16/2023 | Screw Cap | $2241.75 |
| PD558 | 02/17/2023 | Punch | $598.50 |
| P4351 | 02/21/2023 | Snap Hook | $593.10 |
| PD275 | 02/21/2023 | Screw Cap | $469.26 |
| P0682 | 02/21/2023 | Load Binder | $2033.70 |
| P0689 | 02/22/2023 | Paint Brush | $4514.34 |
| P0486 | 02/24/2023 | Bag | $4273.36 |
| PE456 | 02/24/2023 | Bolt | $1716.00 |
| V1003 | 02/24/2023 | Brush | $5622.32 |
| V9547 | 02/27/2023 | Tape | $45.95 |
| P1380 | 03/03/2023 | Valve | $7996.00 |
| PF205 | 03/03/2023 | Washer | $159.90 |
| PF000 | 03/06/2023 | Floodlight | $47430.00 |
| P0932 | 03/10/2023 | Stud | $556.00 |
| PF568 | 03/13/2023 | Floodlight | $47430.00 |
| PG054 | 03/14/2023 | Cotter Pin | $428.00 |
| PG188 | 03/14/2023 | Floodlight | $22320.00 |
| PF542 | 03/17/2023 | Pin | $343.00 |
| PG729 | 03/21/2023 | Washer | $554.40 |
| V081M | 03/24/2023 | Tape | $682.50 |
| PH471 | 03/27/2023 | Screw Cap | $5641.75 |
| PH491 | 03/28/2023 | Chain | $4319.10 |
| PH617 | 03/29/2023 | Washer | $741.47 |
| PH935 | 03/30/2023 | Screw Cap | $209.43 |
| PJ014 | 03/30/2023 | Screw | $2380.00 |
| P0938 | 04/05/2023 | Load Binder | $4745.30 |
| PJ881 | 04/13/2023 | Screw Cap | $580.00 |

| Part | Date | Item | Price |
|---|---|---|---|
| V1405 | 04/19/2023 | Fan | $24276.00 |
| P0461 | 04/20/2023 | Protractor | $4809.00 |
| PL301 | 04/28/2023 | Wire Rope Ay | $1078.65 |
| PM067 | 05/01/2023 | Light Marker | $48968.25 |
| PM239 | 05/02/2023 | Nut | $462.40 |
| P3480 | 05/02/2023 | Valve | $1112.30 |
| PM186 | 05/02/2023 | Pin | $439.00 |
| P6434 | 05/05/2023 | Spring | $340.09 |
| PM519 | 05/05/2023 | Bolt | $696.00 |
| P2160 | 05/08/2023 | Clamp | $1697.02 |
| P1066 | 05/09/2023 | Fan | $10188.00 |
| PN064 | 05/12/2023 | Nut | $3210.07 |
| P1111 | 05/12/2024 | Insert | $188.16 |
| PM687 | 05/12/2023 | Bolt | $269.25 |
| PM977 | 05/12/2023 | Wire Rope Ay | $4010.88 |
| PN226 | 05/12/2023 | Screw | $855.12 |
| PN403 | 05/16/2023 | Bolt | $566.02 |
| P1156 | 05/17/2023 | Paint Brush | $2413.95 |
| PN484 | 05/17/2023 | Screw | $1357.30 |
| PN107 | 0517/2023 | Washer | $186.00 |
| P6837 | 05/19/2023 | Spring | $318.00 |
| V1173 | 05/22/2023 | Heater | $31975.00 |
| V1178 | 05/22/2023 | Heater | $12790.00 |
| V1180 | 05/22/2023 | Heater | $1279.00 |
| PH662 | 05/24/2023 | Tape | $171.00 |
| V1727 | 05/24/2023 | Brush | $23250.00 |
| PP428 | 05/24/2023 | Bolt | $390.00 |
| PN587 | 05/24/2023 | Guy Stake | $910.00 |
| PP443 | 05/24/2023 | Stud | $348.00 |
| PP388 | 05/25/2023 | Bolt | $502.23 |
| PP624 | 05/26/2023 | Screw Cap | $1650.00 |
| PP721 | 05/27/2023 | Floodlight | $141700.00 |
| PP846 | 05/30/2023 | Bolt | $395.00 |
| PP048 | 05/31/2023 | Screw | $989.75 |
| P7093 | 06/01/2023 | O-ring | $277.83 |
| PP709 | 06/02/2023 | Bolt | $491.93 |
| PQ028 | 06/05/2023 | Screw Cap | $712.00 |
| P3892 | 06/05/2023 | Drain Cock | $1433.70 |
| PQ524 | 06/06/2023 | Screw Cap | $2241.75 |
| P7276 | 06/06/2023 | Clamp | $126.42 |
| P7294 | 06/07/2023 | Clamp | $2000.16 |
| PQ699 | 06/08/2023 | Pin | $272.25 |
| PQ801 | 06/08/2023 | Screw Cap | $525.00 |
| V0351 | 06/08/2023 | Lights | $11687.00 |

| ID | Date | Item | Amount |
|---|---|---|---|
| P1337 | 06/12/2023 | Cabinet | $6735.00 |
| PR056 | 06/12/2023 | Washer | $584.50 |
| P1148 | 06/13/2023 | Brush | $11392.50 |
| PQ330 | 06/14/2023 | Screw Cap | $2860.00 |
| PR684 | 06/20/2023 | Screw Cap | $73.40 |
| V3169 | 06/21/2023 | Clamp | $611.43 |
| PR914 | 06/23/2023 | Screw | $1650.00 |
| PS161 | 06/23/2023 | Screw Cap | $435.00 |
| PR904 | 06/26/2023 | Pin | $992.00 |
| P7765 | 06/26/2023 | Strap | $2314.95 |
| PQ659 | 06/27/2023 | Pin | $1170.54 |
| PS587 | 06/29/2023 | Washer | $2943.45 |
| P1191 | 06/29/2023 | Screw Cap | $348.25 |
| P0640 | 06/29/2023 | Screw Cap | $1170.96 |
| PT029 | 06/30/2023 | Screw Cap | $34267.92 |
| V2084 | 07/06/2023 | Brush | $12058.93 |
| PT078 | 07/06/2023 | Bolt | $279.00 |
| PT328 | 07/07/2023 | Screw Cap | $430.90 |
| PT825 | 07/12/2023 | Screw Cap | $359.10 |
| P0731 | 07/14/2025 | Heater | $10232.00 |
| P7620 | 07/17/2023 | Spring | $823.75 |
| PU283 | 07/17/2023 | Lights | $28468.00 |
| PU578 | 07/20/2023 | Screw | $1035.30 |
| PV095 | 07/21/2023 | Screw | $316.00 |
| PV495 | 07/26/2023 | Bolt | $272.00 |
| P0740 | 08/03/2023 | Screw | $1095.00 |
| PX949 | 08/18/2023 | Insert | $6480.98 |
| P2447 | 08/21/2023 | Valve | $3236.24 |
| P7810 | 08/23/2023 | Hose | $3404.00 |
| PX704 | 08/23/2023 | Bolt | $721.50 |
| PYA46 | 08/31/2023 | Screw Cap | $400.00 |
| PYC22 | 09/08/2023 | Pin | $811.37 |
| PZ303 | 09/08/2023 | Pin | $1356.64 |
| V1722 | 09/11/2023 | Heater | $34533.00 |
| PYF44 | 09/14/2023 | Screw Cap | $1888.00 |
| PYP20 | 09/18/2023 | Bolt | $551.83 |
| PZ311 | 09/18/2023 | Bolt | $2196.00 |
| PYS17 | 09/19/2023 | Screw | $123,38 |
| P0220 | 10/02/2023 | Gage | $6039.00 |
| P0600 | 10/03/2023 | Set Screw | $1137.15 |
| P0716 | 10/05/2023 | Nut | $110.00 |
| P0806 | 10/06/2023 | Shackle | $1254.30 |
| P0331 | 10/12/2023 | Spring | $395.40 |
| P0505 | 10/17/2023 | Insert | $349.44 |

| | | | |
|---|---|---|---|
| P1854 | 10/18/2023 | Nut | $544.00 |
| P2057 | 10/20/2023 | Set Screw | $1202.28 |
| P2823 | 10/20/2023 | Bolt | $1472.25 |
| P0113 | 10/31/2023 | Paint Brush | $16983.85 |
| D60CD | 11/01/2023 | Screw | $250000.00 |
| P1299 | 11/13/2023 | Pin | $499.75 |
| P4592 | 11/13/2023 | Screw Cap | $944.00 |
| P1169 | 11/15/2023 | Hose | $3743.48 |
| P5576 | 11/17/2023 | Bolt | $365.58 |
| P2658 | 11/17/2023 | Screw Cap | $1184.08 |
| P5530 | 11/18/2023 | Screw Cap | $975.00 |
| P2674 | 11/20/2023 | Screw Cap | $362.25 |
| P6206 | 11/21/2023 | Washer | $580.90 |
| P7104 | 11/28/2023 | Wire Rope Ay | $916.65 |
| P7058 | 11/30/2023 | Screw | $508.00 |
| P6686 | 11/30/2023 | Screw Cap | $596.00 |
| P7585 | 11/30/2023 | Screw Cap | $356.00 |
| P7436 | 12/01/2023 | Screw Cap | $352.24 |
| P0180 | 12/04/2023 | Block Tackle | $11450.00 |
| P8197 | 12/05/2023 | Lights | $5640.00 |
| P8366 | 12/07/2023 | Washer | $2114.08 |
| P1494 | 12/07/2023 | Valve | $7174.23 |
| P2455 | 12/08/2023 | Wire Rope Ay | $1380.24 |
| P1511 | 12/10/2023 | Hose | $2052.00 |
| P9564 | 12/13/2023 | Screw | $494.67 |
| P8882 | 12/17/2023 | Screw Cap | $471.25 |
| P9657 | 12/18/2023 | Screw | $698.60 |
| P9871 | 12/18/2023 | Screw Cap | $808.25 |
| P5574 | 12/19/2023 | Screw Cap | $369.25 |
| P8762 | 12/19/2023 | Screw Cap | $1738.00 |
| PS137 | 12/19/2023 | Terminal Lug | $2988.02 |
| PA700 | 12/20/2023 | Screw Cap | $415.31 |
| V0102 | 12/28/2023 | Screw Cap | $1190.98 |
| P3290 | 01/05/2024 | Wire Rope Ay | $366.12 |
| PB004 | 01/08/2024 | Screw | $909.87 |
| PB349 | 01/09/2024 | Shackle | $1590.00 |
| PC129 | 01/10/2024 | Screw Cap | $2210.01 |
| P1142 | 01/16/2024 | Hose | $4990.00 |
| D5308 | 01/16/2024 | Lights | $250000.00 |
| P0357 | 01/18/2024 | Brush | $1574.93 |
| PC859 | 01/18/2024 | Washer | $1641.60 |
| PD142 | 01/22/2024 | Nut | $4011.91 |
| PD159 | 01/24/2024 | Set Screw | $150.00 |
| PC691 | 01/25/2024 | Screw | $3168.00 |

| Part No. | Date | Description | Amount |
|---|---|---|---|
| PC692 | 01/25/2024 | Screw | $1529.00 |
| PC881 | 01/30/2024 | Bolt | $450.00 |
| PD790 | 01/30/2024 | Nail | $1999.00 |
| PE058 | 01/30/2024 | Nut | $8872.92 |
| P0367 | 01/31/2024 | Lights | $15847.00 |
| P3174 | 02/01/2024 | Spring | $395.00 |
| P3903 | 02/02/2024 | Shackle | $7350.00 |
| PE550 | 02/06/2024 | Washer | $353.58 |
| PE916 | 02/09/2024 | Tape | $85.90 |
| P3591 | 02/20/2024 | O-ring | $481.95 |
| V3562 | 02/21/2024 | Strap | $312.00 |
| PG276 | 02/27/2024 | Bolt | $395.00 |
| PG186 | 02/28/2024 | Screw Cap | $1813.00 |
| P0812 | 02/28/2024 | Bolt | $2251.71 |
| PG881 | 03/04/2024 | Screw Cap | $914.69 |
| P8353 | 03/07/2024 | Wire Rope Ay | $456.00 |
| P0889 | 03/08/2024 | Shackle | $2899.22 |
| PH464 | 03/10/2024 | Insert | $188.16 |
| F9824 | 03/17/2024 | Screw | $2076.00 |
| PZ351 | 03/17/2024 | Bolt | $1980.00 |
| PJ168 | 03/19/2024 | Insert | $5249.25 |
| PJ416 | 03/21/2024 | Screw | $1436.00 |
| PJ721 | 03/25/2024 | Screw Cap | $1112.90 |
| PJ934 | 03/25/2024 | Screw Cap | $1764.00 |
| PK122 | 03/28/2024 | Screw Cap | $1243.75 |
| PK725 | 04/03/2024 | Screw | $3780.00 |
| P2553 | 04/06/2024 | Spring | $2065.40 |
| P8862 | 04/11/2024 | Screw Cap | $798.00 |
| PL366 | 04/12/2024 | Screw Cap | $596.00 |
| PK602 | 04/13/2024 | Screw Cap | $2864.00 |
| P2715 | 04/16/2024 | Drain Cock | $6408.31 |
| PM466 | 04/24/2024 | Pin | $2689.90 |
| PM809 | 04/26/2024 | Set Screw | $2546.00 |
| P5604 | 04/30/2024 | Spring | $770.24 |
| PM973 | 04/30/2024 | Washer | $99.80 |
| P3167 | 04/30/2024 | Tape | $970.00 |
| PN259 | 05/02/2024 | Screw | $2274.00 |
| PN387 | 05/03/2024 | Tape | $919.77 |
| V1638 | 05/03/2024 | Tarpaulin | $742.50 |
| P3194 | 05/09/2024 | Lube Fitting | $9207.00 |
| P1755 | 05/14/2024 | Screw Cap | $686.00 |
| P1250 | 05/14/2024 | Shackle | $2604.84 |
| PP282 | 05/15/2024 | Pin | $2225.00 |
| D60CD | 05/17/2024 | Screw | $6747.00 |

| | | | |
|---|---|---|---|
| PP280 | 05/17/2024 | Nut | $2265.90 |
| PP833 | 05/21/2024 | Screw Cap | $833.00 |
| P1286 | 05/21/2024 | Bolt | $4552.40 |
| PP360 | 05/22/2024 | Chain Ay | $239.92 |
| PQ187 | 05/22/2024 | Pin | $882.34 |
| PN913 | 05/22/2024 | Nut | $2693.25 |
| PC278 | 05/23/2024 | Screw Cap | $2191.42 |
| PQ229 | 05/23/2024 | Screw | $874.23 |
| PQ096 | 05/23/2024 | Screw | $129.00 |
| PQ558 | 05/29/2024 | Screw Cap | $103.74 |
| PP581 | 05/29/2024 | Shackle | $1079.82 |
| PQ504 | 05/29/2024 | Nut | $630.54 |
| P3324 | 05/30/2024 | Chock | $1716.66 |
| V0373 | 05/30/2024 | Screw | $798.00 |
| PQ939 | 05/31/2024 | Washer | $248.75 |
| PQ142 | 06/03/2024 | Bolt | $5968.26 |
| V0390 | 06/04/2024 | Screw Cap | $485.91 |
| PR224 | 06/04/2024 | Set Screw | $294.00 |
| P0618 | 06/06/2024 | Block Tackle | $5825.65 |
| PR146 | 06/07/2024 | Bolt | $364.48 |
| PR901 | 06/13/2024 | Screw Cap | $120.00 |
| V0452 | 06/17/2024 | Screw Cap | $1242.00 |
| PS328 | 06/20/2024 | Washer | $892.50 |
| PS737 | 06/25/2024 | Nut | $3619.00 |
| PT061 | 06/28/2024 | Screw Cap | $1136.45 |
| P4016 | 07/01/2024 | Lube Fitting | $10725.00 |
| PS912 | 07/01/2024 | Pin | $396.00 |
| PT507 | 07/02/2024 | Screw Cap | $905.24 |
| PZ558 | 07/02/2024 | Screw Cap | $934,92 |
| V309T | 07/03/2024 | Tape | $79.98 |
| PT780 | 07/05/2024 | Screw Cap | $516.00 |
| PT945 | 07/09/2024 | Screw Cap | $9555.00 |
| P2234 | 07/09/2024 | Screw Cap | $2067.00 |
| PS717 | 07/10/2024 | Nut | $673.48 |
| PU119 | 07/10/2024 | Screw | $1021.44 |
| P2258 | 07/11/2024 | Pin | $1344.00 |
| PT983 | 07/12/2024 | Floodlight | $94848.00 |
| P7628 | 07/16/2024 | Spring | $328.35 |
| P6759 | 07/18/2024 | Snap Hook | $1243.52 |
| PU777 | 07/19/2024 | Screw | $1032.23 |
| P7814 | 07/22/2024 | Turnbuckle | $992.00 |
| PV366 | 07/23/2024 | Screw | $1716.00 |
| PV354 | 07/24/2024 | Nut | $837.40 |
| PV490 | 07/24/2024 | Screw Cap | $392.00 |

| Part | Date | Item | Price |
|---|---|---|---|
| PV352 | 07/25/2024 | Screw | $1014.00 |
| P4404 | 07/26/2024 | Spring | $546.93 |
| PV483 | 07/26/2024 | Washer | $157.92 |
| PV743 | 07/26/2024 | Screw Cap | $780.00 |
| V0554 | 07/26/2024 | Bolt | $1035.00 |
| P4297 | 07/26/2024 | Valve | $94044.00 |
| P2051 | 07/29/2024 | Valve | $4503.00 |
| PV880 | 07/29/2024 | Screw Cap | $646.88 |
| PU898 | 07/31/2024 | Bolt | $779.90 |
| P0868 | 07/31/2024 | Fan | $9540.00 |
| P8312 | 08/06/2024 | Screw | $279.00 |
| P4534 | 08/08/2024 | Lube Fitting | $15812.00 |
| P8154 | 08/09/2024 | Clamp | $317.83 |
| PW693 | 08/11/2024 | Washer | $2267.73 |
| V2419 | 08/12/2024 | Wire | $790.00 |
| P1788 | 08/13/2024 | Stud | $1176.00 |
| P1792 | 08/13/2024 | Lug | $1030.62 |
| P2133 | 08/14/2025 | V-Belt | $396.00 |
| PX341 | 08/15/2024 | Pin | $459.69 |
| PX780 | 08/20/2024 | Screw | $3949.00 |
| P9650 | 08/21/2024 | Wire | $8320.00 |
| P4756 | 08/22/2024 | Lube Fitting | $24816.00 |
| PX697 | 08/28/2024 | Screw Cap | $1700.00 |
| PY700 | 08/28/2024 | Nut | $283.86 |
| PG846 | 08/28/2024 | Lug | $41.22 |
| PY298 | 08/29/2024 | Tape | $679.83 |
| PY514 | 08/29/2024 | Shackle | $272.00 |
| PAA03 | 09/03/2024 | Washer | $236.61 |
| PAB47 | 09/04/2024 | Screw Cap | $119.76 |
| PAD66 | 09/04/2024 | Screw Cap | $1937.00 |
| PAC37 | 09/06/2024 | Nut | $479.60 |
| PAJ05 | 09/09/2024 | Screw Cap | $482.30 |
| PAG73 | 09/09/2024 | Screw | $248.32 |
| PAK86 | 09/10/2024 | Screw | $1554.00 |
| PY961 | 09/11/2024 | Washer | $179.64 |
| PAM36 | 09/11/2024 | Screw Cap | $368.28 |
| PAL13 | 09/11/2024 | Screw | $588.00 |
| F3879 | 09/12/2024 | Lube Fitting | $20368.00 |
| PAH70 | 09/12/2024 | Screw Cap | $148.75 |
| PW275 | 09/12/2024 | Wire Rope Ay | $1206.29 |
| V6362 | 09/12/2024 | Clamp | $1550.85 |
| P9331 | 09/13.2024 | O-Ring | $515.44 |
| P9335 | 09/13/2024 | O-Ring | $571.38 |
| PH140 | 09/13/2024 | Bolt | $319.60 |

| Part | Date | Description | Amount |
|---|---|---|---|
| PAN84 | 09/13/2024 | Washer | $268.50 |
| PAM00 | 09/13/2024 | Screw Cap | $4784.00 |
| PAP79 | 09/13/2024 | Chain Ay | $230.80 |
| PAS34 | 09/16/2024 | Screw Cap | $288.00 |
| PAT07 | 09/17/2024 | Screw Cap | $530.73 |
| P2506 | 09/17/2024 | Heat Gun | $4010.30 |
| P2483 | 09/17/2024 | Heat Gun | $8593.50 |
| P1927 | 09/18/2024 | Washer | $290.00 |
| PAW84 | 09/19/2024 | Nut | $600.00 |
| PAW70 | 09/19/2024 | Screw | $883.97 |
| PZ005 | 09/24/2024 | Clamp | $186.69 |
| PAZD1 | 09/25/2024 | Nut | $1078.44 |
| P9736 | 09/26/2024 | Snap Hook | $6481.96 |
| PT292 | 09/27/2024 | Pin | $860.00 |
| PAY64 | 09/27/2024 | Pin | $517.44 |
| P0655 | 10/02/2024 | Screw | $418.00 |
| P0250 | 10/02/2024 | Lube Fitting | $415.03 |
| P0652 | 10/03/2024 | Screw Cap | $1240.86 |
| P0037 | 10/03/2024 | Washer | $9238.94 |
| P0857 | 10/03/2024 | Washer | $232.65 |
| P0754 | 10/03/2024 | Screw Cap | $1714.02 |
| P0101 | 10/04/2024 | Fan | $2086.00 |
| P1051 | 10/07/2024 | Set Screw | $704.00 |
| P1443 | 10/11/2024 | Screw Cap | $580.17 |
| P1609 | 10/11/2024 | Set Screw | $207.00 |
| P1625 | 10/11/2024 | Washer | $143.64 |
| P1037 | 10/11/2024 | Screw Cap | $665.00 |
| P0297 | 10/11/2024 | Clamp | $4608.00 |
| P0312 | 10/16/2024 | Drain Cock | $799.20 |
| F0753 | 10/17/2024 | Screw | $2076.00 |
| P2409 | 10/18/2024 | Screw Cap | $996.00 |
| P2215 | 10/18/2024 | Set Screw | $1456.69 |
| P2487 | 10/20/2024 | Screw Cap | $2834.00 |
| P0246 | 10/21/2024 | Lube Fitting | $61372.00 |
| P0099 | 10/22/2024 | Clamp | $147.00 |
| P2245 | 10/22/2024 | Screw Cap | $356.89 |
| P0596 | 10/22/2024 | O-Ring | $316.00 |
| P2827 | 10/22/2024 | Screw | $464.00 |
| V0049 | 10/22/2024 | Nut | $298.00 |
| P2301 | 10/24/2024 | Screw Cap | $597.00 |
| P3353 | 10/29/2024 | Screw Cap | $195.19 |
| F0217 | 10/30/2024 | Lube Fitting | $53600.00 |
| P3734 | 10/31/2024 | Screw | $658.00 |
| F2144 | 11/12/2024 | Floodlight | $224640.00 |

| | | | |
|---|---|---|---|
| P5601 | 11/14/2024 | Chain | $112.20 |
| P5672 | 11/14/2024 | Washer | $213.01 |
| P5786 | 11/14/2024 | Screw | $145.00 |
| P5722 | 11/15/2024 | Shackle | $149.00 |
| P5636 | 11/15/2024 | Bolt | $2786.00 |
| P6063 | 11/18/2024 | Screw Cap | $7066.56 |
| P1540 | 11/20/2024 | O-Ring | $504.03 |
| PM977 | 11/26/2024 | Wire Rope Ay | $4010.88 |
| P7180 | 11/26/2024 | Screw Cap | $1455.83 |
| P4663 | 11/27/2024 | Screw Cap | $303.68 |
| P8009 | 12/04/2024 | Washer | $20268.36 |
| V4356 | 12/05/2024 | Nut | $1126.34 |
| P8485 | 12/06/2024 | Screw Cap | $8900.00 |
| P8509 | 12/08/2024 | Nut | $235.92 |
| P2199 | 12/13/2024 | Hose | $24090.00 |
| P8970 | 12/13/2024 | Screw | $1370.58 |
| P9305 | 12/13/2024 | Nut | $919.56 |
| P9412 | 12/17/2024 | Shackle | $4296.05 |
| F4753 | 12/17/2024 | Floodlight | $24960.00 |