# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# CLERK OF COURT

UNITED STATES OF AMERICA

                     Plaintiff,

v.                                                  Case No.: 2:24–cr–00274–NR
                                                  Judge J. Nicholas Ranjan

DONALD SMITH

                     Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF ARRAIGNMENT as to *DONALD SMITH*. Arraignment set for 3/4/2025 at 10:30 AM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. (rjr)

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

February 25, 2025

s/ Brandy S. Lonchena, Clerk
s/ Rebecca J Richardson, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.