# EXHIBIT 2

1:39  ..Il 5G+ 69

< Back    Email from DLA    ∧  ∨

Donald Smith
Smith & Jamison Corporation

mail - RFAST NSN 5306001954716 Bolt, Toggle    https://mail.google.com/mail/u/0/?ik=ed7abbbb91&view=pt&search=a...

 Gmail    Smith & Jamison Corporation <smith.jamisoncorporation@gmail.com>

**RFAST NSN 5306001954716 Bolt, Toggle**
2 messages

**Depriest, Paul D CIV DLA AVIATION (USA)** <Paul.Depriest@dla.mil>    Thu, Mar 27, 2025 at 12:39 PM

Good afternoon,

I am writing to inquire if you would be interested and able to provide a quantity of the subject part to the Government. The quantity needed would be 60 EA. If so, please respond accordingly. I appreciate your assistance with this matter.

v/r

Paul DePriest
Contracting Officer
DLA Aviation Richmond
Cell (804) 688-5899

**Smith & Jamison Corporation** <smith.jamisoncorporation@gmail.com>    Thu, Mar 27, 2025 at 1:47 PM
To: Michael Machen <mmjjmachen@yahoo.com>

On Thu, Mar 27, 2025, 12:39 PM Depriest, Paul D CIV DLA AVIATION (USA) <Paul.Depriest@dla.mil> wrote:

Good afternoon,

I am writing to inquire if you would be interested and able to provide a quantity of the subject part to the Government. The quantity needed would be 60 EA. If so, please respond accordingly. I appreciate your assistance with this matter.

v/r

Paul DePriest
Contracting Officer
DLA Aviation Richmond
Cell (804) 688-5899

1 2    4/2/2025, 11:48 AM