# SMITH & JAMISON CORPORATION
## 2922 VENTANA DR.
## CORAOPOLIS, PA  15108-9435

DLA SUSPENSION AND DEBARMENT OFFICIAL  February 19, 2025
(DG) DLA
8725 John J. Kingman Road, Suite 1644
Fort Belvoir, Virginia 22060-6221


Attn: Jon L. Lightner

Re: **ARGUMENT IN OPPOSITION TO SUSPENSION**

Dear Mr Lightner,

The following are genuine disputes over the material facts regarding the Notice of Suspension dated February 10, 2025.

1. The attached file regarding Mark Lankford contracting officer in Columbus Ohio. The letter dated October 9, 2024 referenced Dibbs account suspension notice. Mr Lankford worked behind the scenes with the DOJ in a failed attempt to add two (2) contracts to the indictment regarding the supply of supposed non-conforming products. You will find upon reading the attached file that Mr. Lankford failed to supply the DOJ with the information they wanted to falsely add to the indictment. Later on October 30, 2004 Smith & Jamison's attorney Michael J Machen sent a letter requesting that the improper suspension be lifted which has not been done up to the date of this letter.

   See attached Exhibit 1

2. The attached file regarding the indictment is Smith & Jamison/Donald Smith response to the fabricated indictment along with additional background information which contain a genuine dispute over the material facts of the Notice of Suspension.

   See attached Exhibit 2

3. The attached file reveals the full spectrum of the contracts awarded to Smith & Jamison/Donald Smith for the years January 3, 2023 to December 17, 2024. Upon your review of these material facts reveal that Smith & Jamison/Donald Smith have an extraordinary amount of awards with no outstanding issues. These facts totally support the facts that not only the Dibbs suspension is fabricated and should be lifted but also the Indictment is fabricated as well.

   See attached Exhibit 3

4. The attached file reveals that the Court agrees with Smith & Jamison/Donald Smith regarding the indictment.

With the DOJ defeated the DOJ contacted the DLA in malicious retaliation for their loss in Court which resulted in this false suspension.

See attached Exhibit 4

5. The attached file reveals the facts that the indictment is fabricated.

   See attached Exhibit 5

6. The attached file, should this case go to trial, is a list of the witnesses that will be called in addition to subpoenas and depositions..

   See attached Exhibit 6

After review of these facts Smith & Jamison/Donald Smith The Argument In Opposition To Suspension, Smith & Jamison/Donald Smith respectfully request the suspension to be lifted and Dibbs unlocked.

Additionally, Smith & Jamison/Donald Smith requests an in-person meeting to discuss the Notice of Suspension.

Sincerely,

*Donald Smith*

Donald Smith
Smith & Jamison Corporation