IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONALD SMITH, )<br>)<br>Defendant. ) | Criminal Case No.: 2:24-cr-89 |

**DEFENDANT'S MOTION IN LIMINE**

Filed on behalf of Defendant, Donald Smith

Counsel of Record for this Party:

Kevin A. Chernosky, Esquire
Pa. I.D. #92972

437 Grant Street
Suite 617 – Frick Building
Pittsburgh, PA  15219

Office: (412) 261-6198
Facsimile: (412) 765-3230
Email: Kevin@shragerdefense.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No.: 2:24-cr-274 |
| | ) | |
| DONALD SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION IN LIMINE**

AND NOW, comes Donald Smith., by and through his attorney, Kevin A. Chernosky, who respectfully submits the following:

1) On or about January 12, 2026, the government provided defense counsel with an anticipated exhibit list consisting of approximately two-hundred and twenty-five exhibits.

2) The Defense respectfully request that The Court bar the admission of certain exhibits and related testimony for the reasons stated below:

   a. Proposed Exhibit 107 purports to be a memorandum of debarment for Donald Smith and Lori Smith in connection with companies named Island Distribution and Packing Inc. and Government Supplies Service, Inc. Respectively. The debarment is for a the time period of between 2010 to 2013.  This exhibit is irrelevant under Federal Rule of Evidence 401 and if found relevant, is

prejudicial and runs the risk of undue confusion under Federal Rule of Evidence 403.

b. Proposed exhibits 108 through 110 all relate to debarments of Donald Smith for a time period that is not the subject of this indictment. Such evidence and exhibits are irrelevant under Federal Rule of Evidence 401. If found relevant, these exhibits are prejudicial and run the risk of undue confusion under Federal Rule of Evidence 403.

c. Proposed exhibits 111 and 112 all relate to debarments of Donald Smith for a time period that is not the subject of this indictment. Such evidence and exhibits are irrelevant under Federal Rule of Evidence 401. If found relevant, these exhibits are prejudicial and run the risk of undue confusion under Federal Rule of Evidence 403.

d. Proposed exhibits 113 and 114 Relate to the debarment of Elizabeth Czajkowski and a company called Goob Supply, Inc. They are for a time period that is not the subject of this indictment. Such evidence and exhibits are irrelevant under Federal Rule of Evidence 401. If found relevant, these exhibits are prejudicial and run the risk of undue confusion under Federal Rule of Evidence 403.

e. Proposed exhibits 115 through 118 are for companies not alleged in the indictment in this case. Such evidence and exhibits are irrelevant under Federal Rule of Evidence 401. If found relevant, these exhibits are prejudicial and run the risk of undue confusion under Federal Rule of Evidence 403.

  f. Proposed exhibits 224 and 225 appear to be filings executed by the defendant in a pro se capacity. Counsel for defense argues that these are not relevant evidence under Federal Rule of Evidence 401.

            Respectfully Submitted,

            <u>/s/ Kevin A. Chernosky</u>
            Kevin A. Chernosky
            Attorney for Defendant