IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 2:24-cr-274 |
| v. | ) |
| | ) |
| DONALD SMITH, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

| | |
|---|---|
| **Hearing Type:** | Final Pretrial Conference |
| **Date:** | 3/4/2026 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | William Guappone and Barbara Doolittle |
| Counsel for Defendant | Kevin Chernosky and Lyle Dresbold |
| Court Reporter | M. Moore |
| Law Clerk | AM |
| Start Time | 10:05 a.m. |
| End Time | 10:50 a.m. |

**SUMMARY OF PROCEEDINGS:**

Defendant present.

Final Pretrial Conference held.

Witnesses, exhibits, jury selection and voir dire, jury instructions, the verdict slip, and trial logistics discussed.

The Court will enter an order providing more detailed guidance as to sequestration of witnesses during trial.