# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 2:24-cr-274 |
| v. | ) | |
| | ) | |
| DONALD SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

| | |
|---|---|
| **Hearing Type:** | Jury Trial – Day 4 |
| **Date:** | 3/12/2026 |
| **Before:** | Judge J. Nicholas Ranjan |

| | |
|---|---|
| Counsel for Government | William Guappone and Barbara Doolittle |
| Counsel for Defendant | Kevin Chernosky and Lyle Dresbold |
| Court Reporter | M. Moore |
| Law Clerk | AM |
| Start Time | 9:00 a.m. |
| End Time | 2:10 p.m. |

## SUMMARY OF PROCEEDINGS:

Defendant present.

Evidence and testimony submitted.  The parties rest.

The Court will deliver the final jury instructions to the jury and counsel will make closing arguments on 3/17/2026.