## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:24-CR-274 |
| | ) | |
| DONALD SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>VERDICT</u>

We, the members of the jury in the above-captioned case, unanimously find Defendant, Donald Smith:

**As to Count 1: Wire Fraud (On or about December 11, 2019, relating to contract SPE8E7-20-V-0446)**

_____          __*YES*_____
Not Guilty                 Guilty


**As to Count 2: Wire Fraud (On or about April 14, 2020, relating to contract SPE8E7-20-P-1206)**

_____          __*YES*_____
Not Guilty                 Guilty


**As to Count 3: Wire Fraud (On or about July 17, 2020, relating to contract SPE8E7-20-P-1706)**

_____          __*YES*_____
Not Guilty                 Guilty


**As to Count 4: Wire Fraud (On or about May 13, 2023, relating to contract SPE4A6-24-P-B004)**

_____          __*YES*_____
Not Guilty                 Guilty

**As to Count 5: Wire Fraud (On or about May 16, 2023, relating to contract SPE8E8-23-V-1178)**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 6: Wire Fraud (On or about July 12, 2023, relating to contract SPE4A6-24-P-5576)**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 7: Wire Fraud (On or about December 12, 2023, relating to contract SPE4A6-24-P-9871)**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 8: Wire Fraud (On or about January 24, 2024, relating to contract SPE4A6-24-P-E058)**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 9: Willful Failure to File Tax Return, for tax year 2019**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 10: Willful Failure to File Tax Return, for tax year 2020**

_____      ___YES_____
Not Guilty                Guilty

**As to Count 11: Willful Failure to File Tax Return, for tax year 2021**

_____      ___YES_____
Not Guilty                Guilty

- 3 -

**As to Count 12: Willful Failure to File Tax Return, for tax year 2022**

_____          ____YES_____
Not Guilty                                Guilty

**As to Count 13: Willful Failure to File Tax Return, for tax year 2023**

_____          ____YES_____
Not Guilty                                Guilty

- 4 -

*SIGNED BY EACH OF THE MEMBERS OF THE JURY:*

_____
JURY FOREPERSON

_____

_____
Joshua C. Walker

_____

_____

_____
Tyler Snyder

_____
Frank P. Mooney

_____

_____

_____
Jeffrey Petruzio

_____
Robert Welsh

_____

- 4 -